UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MURPHY,<br><br>Petitioner,<br><br>v.<br><br>THE ATTORNEY GENERAL OF CALIFORNIA,<br><br>Respondent. | No. 2:19-cv-02546 KJM GGH P<br><br><br><br>ORDER |

Petitioner, a former state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 15, 2020, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 18. Those findings and recommendations, if adopted, have the effect of mooting the findings and recommendations filed on June 10, 2020. ECF No. 15. Petitioner has filed objections to the findings and recommendations. ECF No. 19.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

/////

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 15, 2020 (ECF No. 18), are adopted in full;

2. Petitioner's Motion to Stay (ECF No. 16) is denied;

3. As a result, the findings and recommendations filed June 10, 2020 (ECF No. 15) are moot;

3. Petitioner's federal habeas petition (ECF No. 1) is dismissed without prejudice for failure to exhaust state remedies; and

4. This court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  October 28, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2